UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONDLE LEE SNODGRASS, III,

    Petitioner,

v.                                      Case No. 5:21cv241-TKW-MAF

SECRETARY, DEPARTMENT OF
CORRECTIONS, STATE OF FLORIDA,

    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3). No objections were filed. Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be transferred to the Middle District of Florida because Petitioner is challenging his confinement pursuant to a state court conviction from Duval County. Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division.

3. The Clerk shall close the case file in this Court.

**DONE and ORDERED** this 24th day of January, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**